UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RON GLOVER, JR.,

        Plaintiff,

v.

CITY OF BENTON HARBOR, et al.,

        Defendants.
_____/

Case No. 1:23-cv-134

Honorable Phillip J. Green

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's claims against the City of Benton Harbor, the Benton Harbor Police Department, the Berrien County Jail, and his Fourth Amendment excessive force claim against Defendant Johnson are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's Fourth Amendment lack of probable cause/unlawful arrest claim against Defendant Johnson is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: April 5, 2023

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge